```
FILED
July 29, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                      )<br>             Plaintiff,                   )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>LEJOHN WINDON, JR.,              )<br>                                                      )<br>             Defendant.                )  | Case No. 2:15-CR-00029-TLN-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>LEJOHN WINDON, JR.</u>, Case No. <u>2:15-CR-00029-TLN-2</u>, Charge <u>Title 18 USC 1341; 286</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)     <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 29, 2015</u> at <u>2:23</u> pm.

By _____
      Dale A. Drozd
      United States Magistrate Judge