**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
LeJohn Windom, Jr.

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:15-cr-0029-TLN |
| ) | |
| Plaintiff. ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| v ) | CONFERENCE |
| ) | |
| LeJOHN WINDOM, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

It is hereby stipulated between the parties that status in this matter, as to this defendant only, be continued to December 15, 2016. The parties are engaged in discussions that may lead to resolution and the government is in the process of providing defendant with additional discovery.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 1, 2016 to December 15, 2016 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4] because it results from a continuance granted by

-1-

the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

    4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: November 28, 2016    Respectfully submitted,

    /s/MICHAEL B. BIGELOW
    Michael B. Bigelow
    Attorney for Defendant

**IT IS SO STIPULATED**

DATED: November 28, 2016    /s/MICHAEL B. BIGELOW
    Michael B. Bigelow
    Attorney for Defendant Windom Jr.

DATED: November 28, 2016    /s/Matthew Morris
    MATTHEW MORRIS
    Assistant United States Attorney

**ORDER**

    **IT IS ORDERED:** that pursuant to stipulation the above matter shall be continued until December 15, 2016 at 9:30 a.m., and time excluded for the reasons set forth above.

DATED: November 28, 2016

_____
Troy L. Nunley
United States District Judge