**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Le John Windom, Jr.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR.S-15-0029 TLN |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| LeJOHN WINDOM, JR., ) | |
| ) | Date:  January 12, 2017 |
| ) | Time:  9:30 AM |
| Defendant. ) | Court: TLN |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for plaintiff and Michael Bigelow, attorney for defendant LeJohn Windom, Jr., that the previously-scheduled status conference date of December 15, 2016, be vacated and the matter set for status conference on January 12, 2017, at 9:30 a.m.

This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case. The Government does not oppose this request.

-1-

Further, the parties agree and stipulate the ends of justice will be served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, December 15, 2016, to and including January 12, 2017.

Accordingly, the parties respectfully request this Court to grant this stipulation.

**IT IS SO STIPULATED**

/S/ MATTHEW MORRIS
Mathew G. Morris, Esq.,                Dated: December 13, 2016,
Assistant United States Attorney
Attorney for Plaintiff

/S/MICHAEL B. BIGELOW                  Dated: December 13, 2016
Michael B. Bigelow
Attorney for Defendant
LeJohn Windom

**ORDER**

**IT IS SO ORDERED.**

DATED: December 13, 2016

_____
Troy L. Nunley
United States District Judge