**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
LeJohn Windom, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-15-0029 TLN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| v ) | CONFERENCE |
| ) | |
| LeJOHN WINDOM, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated between the parties that status in this matter, as to this defendant only, be continued to January 26, 2017. The parties are engaged in discussions that may lead to resolution and the government is in the process of providing defendant with additional discovery.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2017 to January 26, 2017 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4] because it results from a continuance granted by

-1-

the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

    4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 5, 2017,        Respectfully submitted,

                                  /s/MICHAEL B. BIGELOW  
                                  Michael B. Bigelow  
                                  Attorney for Defendant

**IT IS SO STIPULATED**

DATED: January 5, 2017      /s/MICHAEL B. BIGELOW  
                                Michael B. Bigelow  
                                Attorney for Defendant Windom Jr.

DATED: January 5, 2017      /s/Matthew Morris  
                                MATTHEW MORRIS  
                                Assistant United States Attorney

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above matter shall be continued until January 26, 2017 at 9:30 AM, and time excluded for the reasons set forth above.

DATED: January 5, 2017

_____
Troy L. Nunley
United States District Judge