# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** <br> vs. <br> LeJohn Windon Jr. | Case No. 2:15-CR-00029-TLN-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, \_\_\_\_LeJohn Windon Jr.\_\_\_\_, have discussed with _____Julia Morris_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following condition of release: You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

Add the following condition of release: You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Reason for modification:   The defendant has become disrespectful and disruptive in the Moral Reconation Therapy, cognitive behavior treatment program (group therapy), and he needs regarding mental health and substance abuse will be better treated in an individual counseling setting.

Pretrial Services concurs with the modification.   All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   3-13-17    _____   3/13/2017
Signature of Defendant        Date         Signature of Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____   3/16/17
Signature of Assistant U.S. Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   3/16/17
Signature of Defense Counsel      Date

CONSENT TO MODIFY CONDITIONS OF RELEASE
Windon, LeJohn Jr.
Page 2

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on **3/16/17**

[ ] The above modification of conditions of release is *not* ordered.

_Allison Clare_         **3/16/17**
Judicial Officer Signature         Date